IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOANNE HOLLAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| -v- § | |
| § | Civil No. 3:10-cv-0908 |
| ERIC K. SHINSEKI, Secretary § | |
| of Veterans Affairs § | |
| § | |
| Defendant. § | |

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Now comes JoAnne Holland and files this Plaintiff's Certificate of Interested Persons and respectfully shows the following:

The individuals and entities listed below are believed to have an interest in the outcome of this litigation:

1. JoAnne Holland, Temple, Texas;

2. Veterans Affairs Medical Center, Dallas, Texas;

3. Eric K. Shinseki, Secretary of Veterans Affairs;

4. Kenneth Carroll, Agency Representative;

5. Wayne Kimball, EEOC Administrative Law Judge; and

6. Robert J. Wiley, Gregory A. Placzek and Lindsay A. Watson, Law Office of Rob Wiley, P.C., 1825 Market Center Blvd., Ste. 385, Dallas, Texas 75207

Respectfully submitted,

*/s/ Gregory A. Placzek*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*by the Texas Board of Legal Specialization*
Gregory A. Placzek
Texas Bar No. 24070424
Lindsey A. Watson
Texas Bar No. 24067930

ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas  75207
Telephone: (214) 528-6500
Facsimile:  (214) 528-6511
rwiley@robwiley.com
Attorneys for Plaintiff

---

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS – Page 2