IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOANNE HOLLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | |
| | § | Civil No. 3:10-cv-0908 |
| ERIC K. SHINSEKI, Secretary of Veterans Affairs | § | ECF |
| | § | |
| | § | |
| Defendant. | § | |

JOINT SETTLEMENT REPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Now comes JoAnne Holland and Eric K. Shinseki, Secretary of Veterans Affairs ("Parties") and file this their Joint Settlement Report.

The parties attended a face-to-face meeting on September 8, 2011 to discuss settlement of this case. The parties present were: JoAnne Holland (Plaintiff), Bill Holland (Plaintiff's husband), Robert Wiley (Plaintiff's attorney), Gregory Placzek (Plaintiff's attorney), Ken Carroll (Defendant's Representative), and T.J. Johnson (Defendant's attorney). After meeting privately, the parties also meet with Magistrate Judge Renee Harris Toliver to discuss settlement. This case was also previously mediated on April 19, 2011.

The parties in good faith discussed settlement of this case and exchanged proposals. However, there was not any meaningful progress made toward settlement and the parties do not believe settlement is likely at this point.

Respectfully submitted,


By: */s/ Gregory A. Placzek*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law by the Texas Board of Legal Specialization*
Gregory A. Placzek
Texas Bar No. 24070424

ROB WILEY, P.C.
1825 Market Center Blvd., Ste. 385,
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile:  (214) 528-6511
rwiley@robwiley.com
Attorneys for Plaintiff


JAMES T. JACKS
United States Attorney

*/s/ T.J. JOHNSON*
T. J. JOHNSON
Assistant United States Attorney
Texas Bar No. 10794175
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Tel: 214.659.8600
Fax: 214.676.2916
Email: tj.johnson@usdoj.gov


OF COUNSEL:
Ken Carroll
Assistant Regional Counsel
US Department of VA
Office of Regional Counsel
4500 South Lancaster Road
Dallas, Texas   75216